Eric Joseph DePAOLA, Plaintiff–
Appellant,

v.

Leslie FLEMING, Major/Chief of Secu-
rity; Publication Review Committee,
Virginia Department of Corrections;
Tracy Ray, Warden, Red Onion State
Prison; John Jabe, Deputy Director of
Operations, Virginia Department of
Corrections; Richard Rowlette, De-
fendants–Appellees.

No. 12–6413.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 6, 2012.

Eric Joseph DePaola, Appellant Pro Se.
John Michael Parsons, Assistant Attorney
General, Richmond, Virginia, for Appel-
lees.

Before KING, DUNCAN, and DIAZ,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Eric Joseph DePaola appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and denying
relief on his 42 U.S.C. § 1983 (2006) com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *DePaola v. Fleming*, No.
7:10–cv–00561–SGW–RSB, 2012 WL
293293 (W.D.Va. Jan. 31, 2012). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*